| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ALICIA MARIE RICHARDS<br>351 CATALINA DRIVE<br>NEWPORT BEACH, CA 92663<br>949-813-6138<br>richardsalicia007@gmail.com<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for Debtor* | **FILED**<br>**JUN 0 9 2022**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>ALICIA MARIE RICHARDS<br><br><br>Debtor(s) | CASE NO.: 8:21-bk-10635 -ES<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B   ☐ Schedule C   ☐ Schedule D   ☐ Schedule E/F   ☐ Schedule G

☐ Schedule H   ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers   ☐ Statement of Intention   ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: 06/08/2022

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                    Page 1                          **F 1007-1.1.AMENDED.SUMMARY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2569 Orange Avenue, CM, CA 92821

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/09/2022        , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On (*date*) 06/08/2022        , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)                  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/08/2022 | Laura Archer | *Laura Archer* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

8:21-bk-10635

aferns@fernslaw.com

wdk@woldfirm.com

ehays@marshackhays.com

Chris@slclawoffice.com

tmang@marshackhays.com

rmarshack@iq7technology.com

robinsonlawoffice@yahoo.com

ustpregion16.sa.ecf@usdoj.gov

evzechlaw@aol.com

johnmitchelllaw@yahoo.com

Lawrence Remsen, C-67186
Alpha (CIM) MH 156-L
P.O. Box 368
Chino, CA 91708-0368

Lawrence Remsen, C-67186
Alpha (CIM) MH 156-L
P.O. Box 368, Chino, CA 91708

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Nordstrom
P.O. Box 79139
Phoenix, AZ 85062-9139

Old Navy
P.O. Box 530942
Atlanta, GA 30353-0942

Old Navy
PO Box 960017
Orlando, FL 32896-0017

Patricia Strang
1917 Pebble Beach
Paso Robles, CA 93446-4600

Remsen Family Trust
351 Catalina Drive
Newport Beach, CA 92663-4139

Remsen Family Trust
Jonathan Richards, Trustee
351 Catalina Drive
Newport Beach, CA 92663-4139

Richard G. Heston, Esq.
Heston & Heston
19700 Fairchild Rd. Ste. 280
Irvine, CA 92612-2521

Richard Marshack, Trustee
870 Roosevelt
Irvine, CA 92620-3663

Ryal Richards
1815 Sherington Place
Newport Beach, CA 92663-6055

Ryal W Richards
c/o Kevin E Robinson Attorney at Law
970 W 17th St Ste D
Santa Ana, CA 92706-3571

Ryal W. Richards
1815 Sherington Place
Newport beach, CA 92663-6055

Ryan M Richards
c/o Kevin E Robinson Attorney at Law
970 W 17th St Ste D
Santa Ana, CA 92706-3571

Schools First Credit Union
P.O. Box 1157
Santa Ana, CA 92702

Schools First Credit Union
PO Box 11547
Santa Ana, CA 92711-1547

Sears
P.O. Box 6275
Sioux Falls, SD 57117-6275

SoCalGas
PO Box 30337
Los Angeles, CA 90030-0337

Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001

Southern California Edison
P.O. Box C
Monterey Park, CA 91756-0001

Synchrony Bank
P.O. Box 41021
Norfolk, VA 23541-1021

Target
Fontana, California

US Trustee
411 W 4th Street
Room 7160
Santa Ana CA 92701-4500

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Verizon
P.O. Box 4457
Houston, TX 77210-4457

Washington Mutual
P.O. Box 660487
Dallas, TX 75266

Andrew Brown
119 W. 19th Street
Santa Ana, CA 92706-2711

Clarence Yoshikane
Berkshire Hathaway HomeServices
1400 Newport Center Dr. Suite 200
Newport Beach, CA 92660-0944

EUGENE V ZECH
LAW OFFICE OF EUGENE V ZECH
1301 DOVE STREET, SUITE 1050
NEWPORT BEACH, CA 92660-2484

Lawrence Remsen
Alpha-5 (CIM) MH-159-L
PO Box 368
Chino, CA 91708-0368

(p)RICHARD A MARSHACK
ATTN MARSHACK HAYS LLP
870 ROOSEVELT
IRVINE CA 92620-3663

Richard G. Heston
Heston & Heston Attorneys at Law
19700 Fairchild Road
Suite 280
Irvine, CA 92612-2521

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 15019
Wilmington, DE 19886

Jefferson Capital Systems
P.O. Box 7999
St. Cloud, MN 56302

Macy's
P.O. Box 8218
Mason, OH 45040

Richard A Marshack (TR)
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy nef

(d)Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

(d)First Financial Credit Union
The Wolf Firm
1851 East 1St Street, Suite 100
Santa Ana, CA 92705-4036

(d)Alicia Marie Richards
351 Catalina Drive
Newport Beach, CA 92663-4139

(u)Kevin E Robinson

(u)Ryal W. Richards

End of Label Matrix
Mailable recipients    63
Bypassed recipients     6
Total                  69

Label Matrix for local noticing
0973-8
Case 8:21-bk-10635-ES
Central District of California
Santa Ana
Wed Jun  8 23:23:30 PDT 2022

Cavalry SPV I, LLC
500 SUMMIT LAKE DRIVE
STE 400
VALHALLA, NY 10595-2321

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

First Financial Credit Union
The Wolf Firm
1851 East 1st. Street
Suite 100
Santa Ana, CA 92705-4036

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Hahn Fife & Company, LLP
790 E. Colorado Blvd 9th Fl
Pasadena, CA 91101-2193

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Alicia Marie Richards
351 Catalina Drive
Newport Beach, CA 92663-4139

Andrew Brown and Ellie Britt
Andrew Brown
119 W 19th St
Santa Ana, CA 92706-2711

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Brian W. Baron
of Baron Legal
12437 Lewis Street Ste 204
Garden Grove, CA 92840-4652

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Cavalry SPV I, LLC
P.O. Box 27288
Tempe, AZ 85285-7288

City of Newpod Beach
P.O. Box 4923
Whittier, CA 90607-4923

DSNM Macys
Citibank
1000 Technology Drive MS 777
O Fallon, MO 63368-2223

DSNM Macys
Citibank
1000 Teclmology Drive MS 777
O Fallon, MO 63368-2223

Eugene Zech
1301 Dove Street
Newport Beach, CA 92660-2484

Fia card services
100 N Tryon St STE 220
Charloqe, NC 28202-4031

First Financial Credit Union
2955 Main Street
lrvine, CA 92614-5909

First Financial Credit Union
The Wolf Firm
1851 Emst 1st street, Suite 100
Santa Ana, CA 92705

First Financial Federal Credit Union
P.O. Box 90
West Covina, CA 91793-0090

First Financial credit union
2955 Main Street
Irvine, CA 92614-5909

Ford Motor Credit
PO. Box 790119
St. Louis, MO 63179-0119

Gorden & Wong Law
1485 Treat Blvd Ste 102
Walnut Creek, CA 94597-2187

Greg Remsen
P.O. Box 1353
Newport Beach, CA 92659-0353

IRS
ATTN INSOLVENCY
300 N LOS ANGELES ST MS 5022
LOS ANGELES, CA 90012-3478

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, LLC
P.O. Box 772813
Chicago, IL 60677-0113

Kevin Robinson
970 W. 17th Street
Santa Ana, CA 92706-3571

Lawrence Remsen C-67186
Alpha-s (CIM) MH-159-L
P.O. Box 368
Chino, CA 91708-0368

Synchrony Bank
P.O. Box 41021
Norfolk, VA 23541

Cavalry SPV I, LLC
P.O. Box 27288
Tempe, AZ 85282

Remsen Family Trust
Jonathan Richards, Trustee
351 Catalina Drive
Newport Beach, CA 92663

Sears
P.O. Box 6275
Sioux Falls, SD 57117

Old Navy
P.O. Box 530942
Atlanta, GA 30353

Washington Mutual
P.O. Box 660487
Dallas, TX 75266

Bank of America
P.O. Box 15019
Wilmington, DE 19886

Washington Mutual
P.O. Box 660487
Dallas, TX 75266

Brian Baron
12437 Lewis Street
Suite 204
Garden Grove, CA

Verizon
P.O. Box 4457
Houston, TX 77210

Jefferson Capital Systems,
LLC
P.O. Box 772813
Chicago, IL 60677

Ford Motor Credit
PO. Box 790119
St. Louis, MO 63179

Jefferson Capital Systems
P.O. Box 7999
St. Cloud, MN 56302

Gorden & Wong Law
1485 Treat Blvd Ste 102
Walnut Creek, CA 94597-
2187

Target
Fontana, California

Fia Card Services
100 N Tryon St STE 220,
Charlotte, NC 28202-4031

Old Navy
PO Box 960017,
Orlando, FL 32896

Southern California Edison
P.O. Box C
Monterey Park, CA 91756

City of Newport Beach
P.O. Box 4923
Whittier, CA 90607

Southern California Edison
P.O. Box 600
Rosemead, CA 91771

Nordstrom
P.O. Box 79139
Phoenix, AZ 850

**Fill in this information to identify your case and this filing:**

Debtor 1    ALICIA        MARIE        RICHARDS
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Central District of California

Case number  8:21-BK-10635

☑ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. **351 CATALINA DRIVE**
Street address, if available, or other description

NEWPORT BEACH  CA    92663
City            State    ZIP Code

ORANGE
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 3,000,000.00

**Current value of the portion you own?**
$ 3,000,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

FEE SIMPLE - TITLE DISPUTE

☐ Check if this is community property
(see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

City            State    ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$_____

**Current value of the portion you own?**
$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
(see instructions)

| Debtor 1 | ALICIA | MARIE | RICHARDS | | Case number (if known) | 8:21-BK-10635 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**1.3.** _____

Street address, if available, or other description

_____

_____

City        State     ZIP Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$ _____                               $ _____

**Describe the nature of your ownership
interest (such as fee simple, tenancy by
the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
  (see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
you have attached for Part 1. Write that number here. ............................................. → | $ 3,000,000.00 |

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.** Make:   EXCURSIO

Model:   FORD

Year:   2001

Approximate mileage:   200,000

Other information:
_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$ 1,000.00                                     $ 1,000.00

---

If you own or have more than one, describe here:

**3.2.** Make:   BMW

Model:   _____

Year:   _____

Approximate mileage:   _____

Other information:
_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$ 20,000.00                                     $ 20,000.00

---

Debtor 1    ALICIA        MARIE        RICHARDS                    Case number (if known)  8:21-BK-10635
            First Name    Middle Name    Last Name

---

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

**4.1.** Make: **Bayliner**

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$    10,000.00    $    10,000.00

---

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ....................    → $    31,000.00

---

| Debtor 1 | ALICIA | MARIE | RICHARDS | | Case number (if known) | 8:21-BK-10635 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe........ refrigerator, dishwasher, washer, dryer, linens, china kitchware    $ 500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe........ television, broken computer, printer, music collection, cell phone, camera    $ 300.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☐ No
   - ☑ Yes. Describe........ books, pictures, art objects, collectibles    $ 300.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☐ No
   - ☑ Yes. Describe........ bicycles, scooters    $ 50.00

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   - ☑ No
   - ☐ Yes. Describe..........    $

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   - ☐ No
   - ☑ Yes. Describe........ everyday clothes, shoes, accessories    $ 20.00

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   - ☐ No
   - ☑ Yes. Describe........ everyday jewelry, watches, gold coin collection, silver collections    $ 2,000.00

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   - ☐ No
   - ☑ Yes. Describe........ 2 dogs    $ 200.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   - ☐ No
   - ☑ Yes. Give specific information. ............ water heater, fishing equipment, tools    $ 30,000.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................................  →  $ 33,370.00

| Debtor 1 | ALICIA | MARIE | RICHARDS | | Case number (if known) | 8:21-BK-10635 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ................................................................................................  Cash: ....................  $_____200.00

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Schools First Credit Union | $_____ |
| 17.2. Checking account: | Huntington Beach Credit Union | $_____10.00 |
| 17.3. Savings account: | | $_____ |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | | $_____ |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................    Institution or issuer name:

$_____
$_____
$_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $_____ |
| | 0% % | $_____ |
| | 0% % | $_____ |

| Debtor 1 | ALICIA | MARIE | RICHARDS | | Case number *(if known)* | 8:21-BK-10635 |
| | First Name | Middle Name | Last Name | | | |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☑ Yes. Give specific
information about
them......................

Issuer name:

| Kevin Robinson | $ 100.00 |
| Ryal Richards | $ 400.00 |
| | $ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☐ Yes. List each
account separately.

Type of account:          Institution name:

| 401(k) or similar plan: | | $ |
| Pension plan: | | $ |
| IRA: | | $ |
| Retirement account: | | $ |
| Keogh: | | $ |
| Additional account: | | $ |
| Additional account: | may be ryal richards undisclosed retirement account [?] | $ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes .....................

Institution name or individual:

| Electric: | | $ |
| Gas: | | $ |
| Heating oil: | | $ |
| Security deposit on rental unit: | | $ |
| Prepaid rent: | | $ |
| Telephone: | | $ |
| Water: | | $ |
| Rented furniture: | | $ |
| Other: | | $ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes .....................

Issuer name and description:

| | $ |
| | $ |
| | $ |

Debtor 1    ALICIA    MARIE    RICHARDS            Case number (if known)  8:21-BK-10635
            First Name  Middle Name  Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ..................................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $_____
_____    $_____
_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes. Give specific
information about them....    | unknown - I can borrow upon approval that can be denied |    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....    |  |    $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific
information about them....    | Esthetician License |    $_____0.00

**Money or property owed to you?**                    **Current value of the portion you own?**
                                                        Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. .....................    | Unknown |    Federal:  $_____
                                                              State:    $_____
                                                              Local:    $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☑ Yes. Give specific information.............    | past child support, alimony, mortgage payments, household payments from 2017 to present plus penalties and interest - abstract of support judgment |    Alimony:  $     60,000.00
Maintenance:  $    144,000.00
Support:  $     84,000.00
Divorce settlement:  $_____
Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information...............    |  |    $_____

| Debtor 1 | ALICIA | MARIE | RICHARDS | Case number *(if known)* | 8:21-BK-10635 |
| | First Name | Middle Name | Last Name | | |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☐ Yes. Name the insurance company
   of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Ryal Richards Life Insurance Policy | unknown | $ |
| | | $ |
| | | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☐ Yes. Give specific information ............ | unknown - brother passed away 9/18/21 | $ |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. .................. | see attached Exhibit A | $ 8,250,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Describe each claim. .................. | See attached Exhibit A | $ 8,250,000.00 |

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information ........... | | $ |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** → | $ 8,250,000.00 |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe. | | $ |

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe ...... | | $ |

Debtor 1    ALICIA    MARIE    RICHARDS    Case number (if known) 8:21-BK-10635
             First Name   Middle Name   Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe ....... [                                                    ]    $_____

**41. Inventory**

☑ No
☐ Yes. Describe ....... [                                                    ]    $_____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe ........    Name of entity:                    % of ownership:
                        _____    _____%    $_____
                        _____    _____%    $_____
                        _____    _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

         ☐ No
         ☐ Yes. Describe ....... [                              ]    $_____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific    _____    $_____
    information .........
                        _____    $_____
                        _____    $_____
                        _____    $_____
                        _____    $_____
                        _____    $_____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached    →    $_____0.00
for Part 5. Write that number here ...........................................................................

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes .................... [                                              ]    $_____

Debtor 1    ALICIA    MARIE    RICHARDS    Case number *(if known)* 8:21-BK-10635
    First Name   Middle Name   Last Name

---

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information............      $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.....................      $_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.....................      $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information............      $_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .............................................................. → $_____0.00

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information............   See attached Exhibit A    $_____
     $_____
     $_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .................... → $____167,202.00

---

**Part 8:    List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2** ........................................................................ → $__3,000,000.00

**56. Part 2: Total vehicles, line 5**     $____21,000.00

**57. Part 3: Total personal and household items, line 15**     $____33,370.00

**58. Part 4: Total financial assets, line 36**     $__8,250,000.00

**59. Part 5: Total business-related property, line 45**     $____0.00

**60. Part 6: Total farm- and fishing-related property, line 52**     $____0.00

**61. Part 7: Total other property not listed, line 54**   + $____167,202.00

**62. Total personal property. Add lines 56 through 61.** .................... $__8,471,572.00   Copy personal property total → + $__8,471,572.00

**63. Total of all property on Schedule A/B. Add line 55 + line 62** ............................................. $__11,471,572.00

---

# AMENDED EXHIBIT A

**33.    Claims against Third parties whether or not you have filed a lawsuit or made a demand for payment.  Examples: Accidents, employment disputes, insurance claims, or rights to sue.**

**And**

**34.    Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and right to set off.**

1.    Eugene V. Zech, 1301 Dove Street, Newport Beach, CA 92660 – Cross Complaint for Legal Malpractice, breach of contract, breach of oral contract, fraud – ongoing and continuing wrong – approx. value $600,000

2.    Ryal W. Richards, 1815 Sherrington Place V301, Newport Beach, CA  - Fraud, perjury, breach of fiduciary duty, breach of contract, theft of property, sanctions, conspiracy to defraud, enforcement of void judgment with intent to defraud with malice, forced into bankruptcy court with void eviction order ongoing and continuing wrong– approx. amount $4,000,000

Reimbursement for payments made on Community Debts

1.    Merrick Bank/Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603 $722.87 paid – total owed $1,328.48, $27.78 interest on paid amount as of 5/3/2019.
2.    Schools First Credit Union, P.O. Box 11547, Santa Ana, CA 92711 $39,047.03 – Court Order 2/22/17 and 3/2/17
3.    Schools First Credit Union, P.O. Box 11547, Santa Ana, CA 92711 $10,003.90 – Court Order of 2/22/2017 and 3/2/17
4.    Verizon Wireless, $220.85, Court Order of 2/22/2017
5.    COMMUNITY PROPERTY - Sanctions under Family Law Code sec. 1100
    Tool Box $10,000.00
    Baseball Collection $1,000
    Longboard $1,000.00
    Golf Equipment $1,500
    BMW $20,000
    Undisclosed income in excess of $115,000
    Fishing Equipment $15,000
    Life Insurance Policy unknown value
    Ameritrade Account unknown value
    Alaska Airlines Miles $1,000

Bedroom Furniture $1,500

Bike Rack 4519.00

Krups Coffee Maker $135.00

Water Dispenser $219.00

Kitchen Equipment and Dishware $329.48

Total $167,202.48

6. Nordstrom, P.O. Box 79139, Phoenix AZ 85062, Account No. 4164
$1,625.00/$850.00 50% community debt plus interest – offsets paid on community
debts

7. Sears, P.O. Box 6563, The Lakes, NV 88901, Account No. 1273, Payments made on
community debts 4482 – 50% offset

8. First Financial Credit Union, 1 corporate Drive, Ste. 360, Lake Zurich, IL 60047,
$176,032.78, Court Order 2/22/17 and 3/2/2017

Sanctions FC Section 1100 and Civil Code 3294 in the amount of $416.666 for trying
to steal Debtor's 1/3 portion of the property knowing Pat Strang was deeded off
eleven years previously to defraud Debtor [not litigated yet]

3.    Patricia Strang, conspiracy to defraud, false property claims to deprive Debtor of equal
division of community property for personal gain, hiding Ryal Richards' income in her bank
account to defraud Debtor with malice – co-conspirator with Ryal W Richards ongoing and
continuous wrong – approx. claim $400,000

4.    Kevin Robinson, conspiracy to defraud, gaming divorce and enforcement of void
judgment to defraud Debtor knowing judgment was void and beyond ability of court to grant
and in violation of Civil Code of Proc. Sec. 580 to deprive Debtor of property and continued
residence in property in his individual capacity for personal gain with malice – co-conspirator
with Ryal W. Richards and Patricia Strang  – ongoing and continuous – approx. claim $250,000.

5.    Ella Britt and Andrew Brown, extortion, blackmail, defamation, emotional distress, hate
crime, interference ongoing litigation, false reports and false accusations known to be false and
without any evidence, fraud on the court, allegedly mailing personal property to Debtor's
address with intent to commit mail fraud, personal injury, reputation, loss of business,
harassment and fraud with malice, loss of property and property rights – ongoing and
continuous– approx. Claim $2,000,000.

8.    Andrew De La Cruz, loss of property without complete subject matter jurisdiction,
emotional distress, forced into bankruptcy court with void orders, approx. $1,000,000 causing

damages in excess of $1,000,000 because of being deprived the right to due process and equal protection of the law.

**PENDING CASES**

### Alicia Marie Richards is the Plaintiff

1. 2018-009866705 – [civil] Orange County Superior Court, Department C22 – Judge Salter presiding– Alicia Marie Richards v. Ryal W. Richards, Patricia Strang, Kevin Robinson – granting anti-slapp motions filed by Strang and Robinson, granting demurrer by Ryal Richards – on appeal for lack of subject matter jurisdiction and transfer back to family law court – also claims do not arise from protected activity, and court abused discretion by granting demurrer based on extrinsic evidence and without allowing leave to amend.

   **APPEAL** Case No. G059305 consolidated with G059495 – Anti Slapp – Lack of Jurisdiction and Claim Preclusion PENDING [Appellant's Reply Brief Due 6/23/2021]

   **APPEAL** G059675 – Demurrer – Lack of Jurisdiction and Claim Preclusion PENDING [Appellant's Opening Brief due 6/23/2021]

### Alicia Marie Richards is the Defendant

2. **15D009634** – [family law] Orange County Superior Court, Department C65 – Pending

   **APPEAL** – (1) Void Vexatious Litigant Order made without Complete Subject Matter Jurisdiction consolidated with (1) Void Order denying 3rd party Claim of Possession pending

   **APPEAL** – Third Party Bank Records [with Jonathan Richards, Greg Remsen, and Lawrence Remsen] pending

   **APPEAL** – Void Judgment, Contempt Motion, Enforcement of Court Orders Deed of Trust pending

   **APPEAL** – Abstract of Support Judgment pending

3. **30-2018-00965825** [civil] Orange County Superior Court, Department CX-103 – Complex Center – Jury Trial Judgment $72,263.40

   **APPEAL** Case No. G057388 Premature dismissed

**APPEAL** Case No. G057798 consolidated with G058460 – Lack of Jurisdiction, Structural Errors, Abuse of Discretion for refusing leave to cross-complain – affirmed – pending US Supreme Court then 1983 suit for failing to follow state law

**DISTRICT COURT CIVIL RIGHTS COMPLAINT 1983** - State Court refusing to follow state law depriving Debtor of the very states that were enacted to protect her rights. – NO DAMAGES CLAIMED – DECLARATORY AND INJUNCTIVE RELIEF ONLY –

**9TH CIRCUIT COURT OF APPEALS pending**

**Removal of Family Law Case to District Court** on Federal Question Jurisdiction to decide whether Debtor was denied due process and equal protection under family law code sec. 2030 and 2120 through 2129 under color of authority because state court refuses to follow state law depriving debtor of the very statutes that were enacted to protect her rights and had discriminated against Debtor because she is a pro se, white, female.

4.  **United States Supreme Court Certiorari** – Constitutional Violations

- Claims arising after Chapter 7 petition filed on 3/12/2021 are not listed and Debtor does not waive any rights by removing claims that occurred after the petition date and are not owned by the bankruptcy estate