D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ALICIA MARIE RICHARDS,<br><br>Debtor. | Case No. 8:21-bk-10635-ES<br><br>Chapter 7<br><br>NOTICE TO RETAINED PROFESSIONALS RE: HEARING ON INTERIM FEE APPLICATIONS<br><br>Date:    August 18, 2022<br>Time:   10:30 a.m.<br>Ctrm:    5A[1]<br>Address: 411 W. Fourth Street<br>           Santa Ana, CA 92701 |

TO ALL RETAINED PROFESSIONALS: PLEASE TAKE NOTICE that, pursuant to Rule 2016-1(a)(2) of the Local Bankruptcy Rules ("LBR") and 11 U.S.C. § 331, which permits employed professionals to seek allowance and reimbursement of compensation and expenses, Marshack Hays LLP ("Applicant") intends to file an interim fee application to be heard on August 18, 2022. Other professionals retained pursuant to Court Order (or any other party seeking allowance of administrative expenses) may also seek approval of interim fees at this hearing provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications may not be scheduled less than 120 days apart.

---

[1] Hearing will be conducted via ZoomGov only. Please see supplemental notice for details.

1
NOTICE TO PROFESSIONALS RE: HEARING ON FEE APPLICATIONS
4866-4181-9430v.1-1015-148

PLEASE TAKE FURTHER NOTICE that any retained professional electing to file a fee application must contact Cynthia Bastida at cbastida@marshackhays.com no later than July 25, 2022, to advise as to the amount of their requested fees and reimbursement of costs. On July 28, 2022, Applicant will serve a combined notice containing each professional's request on all creditors and other parties entitled to notice under Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure. Each retained professional also must file their interim fee application with the Court and serve them on interested parties pursuant to the deadlines set forth in the LBRs.

PLEASE TAKE FURTHER NOTICE that interested parties with standing to be heard may file, in accordance with the Local Bankruptcy Rules, any opposition or response to any interim fee application after it is filed. No compensation may be paid to any professional absent specific order of the Court authorizing such payment.

DATED: June 28, 2022                    MARSHACK HAYS LLP

                                        By:  */s/ Tinho Mang*
                                             D. EDWARD HAYS
                                             TINHO MANG
                                             General Counsel for Chapter 7 Trustee,
                                             RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE TO RETAINED PROFESSIONALS RE: HEARING ON INTERIM FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 28, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 28, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 28, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL:**
**DEBTOR/SECURED CREDITOR** ALICIA MARIE RICHARDS, richardsalicia007@gmail.com
**PROFESSIONAL:** DONALD FIFE, HAHN FIFE & COMPANY LLP, donfife@hahnfife.com; dfife@hahnfife.com
**PROFESSIONAL:** CLARENCE YOSHIKANE, BERKSHIRE HATHAWAY, Clarence.Yoshikane@gmail.com, j_toyama@verizon.net

PURSUANT TO "COURTROOM POLICIES AND PROCEDURES – HONORABLE ERITHE A. SMITH COURTROOM 5A," SECTION VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER, INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGE'S COPIES.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 28, 2022 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** Amanda N Ferns aferns@fernslaw.com, mmakalintal@fernslaw.com
   - **ATTORNEY FOR CREDITOR FIRST FINANCIAL CREDIT UNION:** Daniel K Fujimoto wdk@wolffirm.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Richard G Heston rheston@hestonlaw.com, yflores@hestonlaw.com, docs@hestonlaw.com; HestonRR41032@notify.bestcase.com, handhecf@gmail.com
   - **ATTORNEY FOR CREDITOR ANDREW BROWN:** Christopher J Langley chris@slclawoffice.com, omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR DEFENDANT JONATHAN STEVEN RICHARDS:** John H Mitchell johnmitchelllaw@yahoo.com
   - **ATTORNEY FOR CREDITOR KEVIN E ROBINSON AND CREDITOR RYAL W RICHARDS:** Kevin E Robinson    robinsonlawoffice@yahoo.com
   - **U.S. TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **ATTORNEY FOR CREDITOR EUGENE V ZECH:** Eugene V Zech    evzechlaw@aol.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**