1  Alicia Marie Richards
2  351 Catalina Drive
   Newport Beach, CA 92663
3  (949)813-6138
   Richardsalicia007@gmail.com
4  Debtor in pro se

**FILED & ENTERED**

**AUG 03 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>ALICIA MARIE RICHARDS,<br><br><br>Debtor. | CHAPTER 7<br>Case No. 8:21-bk-10635-ES<br><br>ORDER DENYING REQUEST TO CONTINUE HEARING ON FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS LLP AS GENERAL COUNSEL FOR TRUSTEE;<br><br>Hearing Date: August 18, 2022<br>Time: 10:30 a.m.<br>Place: Courtroom 5A, 411 W. Fourth Street<br>        Santa Ana, CA 92701<br>        Via ZoomGov |

On July 31, 2022, Alicia Marie Richards ("Debtor") filed a "Request to Continue Hearing on First Interim Application for Allowance of Fees and Costs Filed by Marshack Hays LLP As General Counsel for Trustee" (the "Request") [dkt 758]. The Court having considered the Request, Opposition, and Reply, and good cause appearing, it is hereby

**ORDERED** that the Request is denied for insufficient grounds stated therefor.

Date: August 3, 2022

Erithe Smith
United States Bankruptcy Judge