Alicia Marie Richards
351 Catalina Drive
Newport Beach, CA 92663
(949)813-6138
Richardsalicia007@gmail.com
Debtor in pro se

**FILED & ENTERED**

AUG 03 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ALICIA MARIE RICHARDS, | Case No. 8:21-bk-10635-ES |
| Debtor. | ORDER DENYING REQUEST TO CONTINUE HEARING RICHARD HESTON'S MOTION FOR ATTORNEY FEES AND COSTS |
| | Hearing Date: August 18, 2022<br>Time: 10:30 a.m.<br>Place: Courtroom 5A, 411 W. Fourth Street<br>Santa Ana, CA 92701<br>Via ZoomGov |

On August 1, 2022, Alicia Marie Richards ("Debtor") filed a "Request to Continue Hearing on Richard Heston's Motion for Attorney Fees and Costs" (the "Request") [dkt 759]. The Court having considered the Request and Opposition, and good cause appearing, it is hereby

**ORDERED** that the Request is denied for insufficient grounds stated therefor.

Date: August 3, 2022

Erithe Smith
United States Bankruptcy Judge