| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Tel: (949) 333-7777<br>Fax: (949) 333-7778<br><br>☒ *Attorney for*: Richard A. Marshack, Chapter 7 Trustee | **FILED & ENTERED**<br><br>**SEP 07 2022**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY jle          DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br><br>ALICIA MARIE RICHARDS,<br><br><br><br><br><br><br><br><br><br>                                        Debtor(s). | CASE NO.: 8:21-bk-10635-ES<br><br>CHAPTER: 7 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>**(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>**(11 U.S.C. § 330)** |
| | DATE: August 18, 2022<br>TIME: 10:30 a.m.<br>COURTROOM: 5A – Via ZoomGov<br>PLACE: 411 W. Fourth Street, Santa Ana, CA 92701 |

1.   Name of Applicant (*specify*): MARSHACK HAYS LLP, general counsel for Estate, HESTON & HESTON, special counsel for Estate.

2.   This proceeding was heard at the date and place set forth above and was    ☒ Contested    ☐ Uncontested

3.   Appearances were made as follows:
   a.  ☒  Applicant present in court
   b.  ☐  Attorney for Applicant present in court (name):
   c.  ☐  Attorney for United States trustee present in court
   d.  ☒  Other persons present as reflected in the court record

4.   Applicant gave the required notice of the Application on (*specify date*): <u>7/28/2022</u>

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                        Page 1                                        **F 2016-1.3.ORDER.PAYMENT.FEES**

5.  The court orders as follows:

  a.  ☒  Application for Payment of Interim Fees is approved as follows:

    (1)  ☒  Total amount allowed:  $ <u>246,457 for Marshack Hays LLP; $101,870 for Heston & Heston</u>

    (2)  ☒  Amount or percentage authorized for payment at this time: <u>50% immediately, and an additional 20% is</u>
<u>authorized to be paid by Trustee on an interim basis at Trustee's discretion.</u>

  b.  ☒  Application for Reimbursement of Interim Expenses is approved and authorized for payment:

    ☒  Total amount allowed: $ <u>8,369.47 for Marshack Hays LLP; $615.63 for Heston & Heston</u>

  c.  ☐  Application for Payment of Final Fees is approved in the amount of: $ _____

  d.  ☐  Application for Reimbursement of Final Expenses is approved and authorized for payment:

    ☐  Total amount allowed: $ _____

  e.  (1)  ☐  Application is denied
          ☐  in full
          ☐  in part
          ☐  without prejudice
          ☐  with prejudice

    (2)  Grounds for denial *(specify)*:

  f.  ☒  The court further orders *(specify)*:

    The Court finds that it has jurisdiction over the allowance or disallowance of administrative fees incurred by
    Estate professionals, which is a core bankruptcy proceeding under 28 U.S.C. § 157(b)(2)(A).

    The Court finds that notice of the fee applications was proper. Objections to the propriety of service by Alicia
    Marie Richards and Lawrence Remsen are overruled.

    The allowance of fees and costs is on an interim basis only, and is subject to final review upon the submission
    of a final fee application and any payments are subject to whatever rights Ryal W. Richards has in the
    community property proceeds being held by the Trustee and 11 U.S.C. § 726.

                                    ###

Date: September 7, 2022

Erithe Smith
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                          **F 2016-1.3.ORDER.PAYMENT.FEES**