

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Alicia Marie Richards,<br><br><br><br>Debtor(s). | Case No.: 8:21-bk-10635-SC<br>CHAPTER 7<br>**ORDER SETTING STATUS CONFERENCE**<br>Date:        October 11, 2022<br>Time:        11:00 AM<br>Courtroom: 5C - Virtual |

The Court hereby sets a case status conference on October 11, 2022, at 11:00 a.m. Individual Status Reports from the Chapter 7 Trustee, Debtor, and any other interested party, are due 14 days in advance. The status reports should address, from the reporting party's perspective, the current case posture, including pending motions and adversary proceedings, pending state court matters that affect this bankruptcy case, as well as what work remains outstanding for case completion (i.e., claim objections and further litigation or motion practice). The status reports should be factual and not adversarial.

Upon review of the status reports, the Court may vacate, or continue, the status conference.

IT IS SO ORDERED.

Date: September 14, 2022

Scott C. Clarkson
United States Bankruptcy Judge