**FILED & ENTERED**

APR 25 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re: | Case No.: 8:21-bk-10635-SC |
|---|---|
| ALICIA MARIE RICHARDS, | Chapter 7 |
| | ORDER REASSIGNING RECUSAL MOTION [DN 1319] |
| Debtor, | |

An "Ex Parte Motion to Recuse Scott C. Clarkson; [and to] Request Stay of Further Proceedings Pending Decision" ("Motion") [DN 1647] was filed on April 20, 2023. The Motion is reassigned to Hon. Theodor C. Albert for determination.

###

Date: April 25, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

1