Alicia Marie Richards
Santa Ana Jail, M-88
Alicia Richards, 2300000041
Post Office Box 22003
Santa Ana, California 92702
No phone/no email

Debtor unrepresented

FILED
MAY 17 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re:

ALICIA MARIE RICHARDS,

   Debtor.

) Chapter 7
)
) Case No. 8:21-bk-10635-SC
)
) Adv. Case No. None
)
) **District Court Case No. 8:23-cv-00697-SB**
)
) STATEMENT OF ISSUES
) ON APPEAL; DESIGNATION
) OF RECORD
)
) [No Hearing Required]
)

Appellant and Debtor Alicia Marie Richards ("Appellant") herein files the statement of issues on appeal and designation of record pursuant to Federal Rule of Bankruptcy Procedure 8009(a).

**STATEMENT OF ISSUE ON APPEAL**

1. Was the court's findings ^erroneous that Debtor's accounting was insufficient to purge the contempt?
2. Did the Court abuse its discretion by denying Debtor a hearing on the merits?
3. Was the contempt mooted out by final money judgment?

1

## DESIGNATION OF RECORD ON APPEAL

Appellant designates the following documents and papers as the record on appeal as follows:

1. Declaration of Inability to Comply deemed filed by the mailbox rule 3/17/23 and docketed by the bankruptcy court on 3/28/23 docket 1264
2. Opposition to Declaration of Inability to Comply filed 3/29/23 Docket 1266
3. Order Denying hearing filed by bankruptcy court on March 31, 2023 unknown Docket
4. Money Judgment dated 11/22/22 Docket 1029
5. Notice of Appeal deemed file by the mailbox rule on 4/10/23 and docketed by the bankruptcy court on 4/17/23 Docket 1310
6. No transcripts of hearing will be requested because there was no hearing
7. Reporter's transcripts of January 12, 2023 docket unknown

Dated: May 11, 2023

By: _____
ALICIA MARIE RICHARDS

## Declaration of Inmate Filing

__United States Bankruptcy Court__
[insert name of court; for example,
United States District Court for the District of Minnesota]

In re __Alicia Marie Richards__ [insert debtor name]

_____, Plaintiff

v.

_____, Defendant

D.C. Case No. 8:23-cv-00697-SB

Case No. 8:21-bk-10635-SC

Ch. 7

I am an inmate confined in an institution. Today, __5/11/23__ [insert date], I am depositing the __Statement of Issues, Designation of record__ [insert title of document; for example, "notice of appeal"] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _____

Signed on __5/11/23__ [insert date]

[Note to inmate filers: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. Bankr. P. 8002(c)(1) or Fed. R. Bankr. P. 8011(a)(2)(C).]

## Certificate of Service

I caused to be served by the Santa Ana Jail whose address is Post Office Box 22003, Santa Ana, California, 92702, the foregoing document titled:

Statement of Issues on Appeal
Designation of Record.

To be served by the clerk of the court on the day of receipt to the following email addresses:

ehays@marshackhays.com
tmang@marshackhays.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated 5/11/23

Alicia Richards

Certified Mail/Return Receipt No
7022 2410 0002 6217 8491