D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**MAY 31 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ALICIA MARIE RICHARDS,<br><br>Debtor. | Case No. 8:21-bk-10635-SC<br><br>Chapter 7<br><br>ORDER DENYING EX PARTE MOTION TO RECUSE JUDGE CLARKSON<br><br>[MOTION DOCKET NO. 1319]<br>[EXHIBIT 1 FILED AS DK. NO. 1398]<br><br>Date: May 17, 2023<br>Time: 11:00 a.m.<br>Ctrm: 5B – via ZoomGov<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

On May 17, 2023, at 11:00 a.m., before the Honorable Theodor C. Albert, a hearing was held on the motion filed by Alicia Marie Richards ("Debtor") on April 20, 2023, as Dk. No. 1319 ("Motion"), seeking to recuse the Honorable Scott C. Clarkson, United States Bankruptcy Judge, pursuant to 28 U.S.C. § 455 and the due process clause of the Fourteenth Amendment of the United States Constitution. At the hearing, D. Edward Hays appeared on behalf of Trustee. Debtor appeared *in pro per* via telephone, from the Santa Ana City Jail. All other appearances were as noted on the record.

Having considered the Motion, Trustee's opposition filed as Docket No. 1327, Debtor's reply filed as Docket No. 1381, and the oral argument of the parties, the Court found that Debtor failed to satisfy her burden for recusal of a presiding judge. For the reasons stated in Trustee's opposition, the

1

4865-8215-1766v.1

Court's tentative ruling attached as Exhibit "1", the memorandum decision filed on May 18, 2023, as Dk. No. 1391, and for the reasons stated on the record, the Court found that Debtor failed to establish good cause for recusal. The Court now enters its order as follows:

IT IS ORDERED that the Motion is denied and all further proceedings shall remain with the Honorable Scott C. Clarkson.

###

Date: May 31, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge