FILED

MAY 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ALICIA MARIE RICHARDS,<br><br>Debtor.<br>_____<br><br>ALICIA MARIE RICHARDS,<br><br>Appellant,<br><br>v.<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee,<br><br>Appellee. | No. 22-55935<br><br>D.C. No. 8:22-cv-00330-SB<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: NGUYEN, FRIEDLAND, and SUNG, Circuit Judges.

Upon a review of the record and the response to the February 2, 2023 order to show cause, the scope of this appeal is limited to review of the district court's September 29, 2022 order denying appellant's motion to vacate dismissal, and we conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

We summarily affirm the district court's order denying the motion to vacate dismissal.

**AFFIRMED.**