ALICIA MARIE RICHARDS
1133 Camelback Street, #7842
Newport Beach, CA 92658
(949)375-3571

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>ALICIA MARIE RICHARDS,<br><br>                Debtor. | Bankr. No. 8:21-bk-10635-SC<br><br>**D.C. No. 8:25-cv-01745-SB**<br><br>**CHAPTER 7**<br><br>STATEMENT OF ISSUES ON APPEAL;<br>DESIGNATION OF RECORD |

I Alicia Marie Richards, files my statement of issues on appeal and designation of record pursuant to Federal Rule of Bankruptcy Procedure 8009(a).

**STATEMENT OF ISSUE ON APPEAL**

1. Did the Court lack jurisdiction to alter, amend or modify the homestead order?
2. Did the Court lack authority to authorize the trustee to reopen the case in the future without filing a motion to reopen the case? And would that violate my constitutional rights to due process and equal protection under the Fifth and Fourteenth Amendments to the Constitution?
3. Did the Court lacked authority to retain the Homestead under 28 U.S.C. 554(c)?

**DESIGNATION OF RECORD ON APPEAL**

I, Alicia Marie Richards designate the following documents:

1. Trustee's motion requesting to retain homestead pursuant to 28 U.S.C. 554(c) dated 5/29/25, DKT 1804.

2. Objection to Trustee's motion deemed filed 6/16/25, docketed 7/2/25, DKT 1819.

3. Order granting Trustee's Motion altering, modifying and amending the homestead order dated

July 17, 2025, DKT 1844.

4. Notice of Appeal filed in bankruptcy court dated 7/31/25, DKT 1850.

5. Designation of Record and Issues on Appeal dated 8/18/25.

6. Reporter's Transcripts of hearing held on July 2, 2025.

Dated: 8/18/25              By:_____
                                ALICIA MARIE RICHARDS

# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document entitled STATEMENT OF ISSUES AND DESIGNATION OF RECORD will be served by the court via notice of electronic filing: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document: On August 18, 2025 or any date thereafter the court processes the filing on the court docket to be served as follows:

ehays@marshackhays.com

tmang@marshackhays.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 8/18/25        By:_____
                          ALICIA MARIE RICHARDS